# EXHIBIT L



Last sign in   11/08/2024 10 21 AM CST‡

        ⁴ 

‹ Back to search results

# Transaction details: 000000000000

Report a problem

## Overview

| | |
|---|---|
| **Status**<br>● Received by bank | **Amount**<br>376,091.75 |
| **Date**<br>11/06/2024 | **Currency**<br>USD |
| **Account number**<br>REDACTED | **Counterparty**<br>ADP 270 PARK AVE 43RD FLOOR NEW YORK 10017 US |
| **Account name**<br>MAZZONI CENTER | **Credit/Debit**<br>DEBIT |
| **Bank ID**<br>0REDACTED | **Transaction type**<br>Outgoing Money Transfer Debit (495) |
| **Reference**<br>000000000000 | **Text/detail**<br>WIRE TYPE:WIRE OUT DATE:110624 TIME:1252 ET TRN:2024110600399909 SERVICE REF:448035 FED IMAD: RELATED REF:24B6B3751QLM1Z91 ORIG:MAZZONI CENTER ID:003832095594 BNF:ADP 270 PARK AVE 43RD FLOOR NEW YORK 10017 US ID:323375847 BNF BK:JPMORGAN CHASE BANK N.A. ID:0002 INT BK: ID: RECV BK: ID: PAYMENT DETAILS: 55 FR8 UETR:087d506b-507a-40fd-9bb4-0a602f33b180 |
| **Bank reference**<br>REDACTED | |
| **Value date**<br>- | |
| **1 day float**<br>- | |
| **2 day float**<br>- | |
| **Immediate avail**<br>- | |

## Reference

| | | | |
|---|---|---|---|
| **UETR tracking #**<br>- | **Beneficiary address**<br>- | **Related reference**<br>24B6B3751QLM1Z91 | **Sender reference**<br>- |
| | | **Service reference**<br>448035 | **Transaction reference**<br>2024110600399909 |
| | | **Wire sequence number**<br>- | |

## Credit