# EXHIBIT M

 Last sign in  11/08/2024 1 10 PM CST‡

        

‹ Back to search results

# Transaction details: 000000000000

Report a problem

## Overview

| | |
|---|---|
| **Status**<br>● Received by bank | **Amount**<br>61,826.91 |
| **Date**<br>11/07/2024 | **Currency**<br>USD |
| **Account number**<br>REDACTED | **Counterparty**<br>SEIU HCPA HEALTH AND WELLNESS PLAN 4140 EAST STATE STREET HERMITAGE 16148 US |
| **Account name**<br>MAZZONI CENTER | **Credit/Debit**<br>DEBIT |
| **Bank ID**<br>REDACTED | **Transaction type**<br>Outgoing Money Transfer Debit (495) |
| **Reference**<br>000000000000 | **Text/detail**<br>WIRE TYPE:WIRE OUT DATE:110724 TIME:1626 ET TRN:2024110700534111 SERVICE REF:017608 FED IMAD:20241107B6B7HU4R017608 RELATED REF:November 2024 ORIG:MAZZONI CENTER ID:003830481809 BNF:SEIU HCPA HEALTH AND WELLNESS PLAN 4140 EAST STATE STREET HERMITAGE 16148 US ID:0520009895 BNF BK:FIRST NATIONAL BANK OF PENNS ID:043318092 INT BK: ID: RECV BK: ID: PAYMENT DETAILS: November 2024 |
| **Bank reference**<br>REDACTED | |
| **Value date**<br>- | |
| **1 day float**<br>- | |
| **2 day float**<br>- | |
| **Immediate avail**<br>- | |

## Reference

| UETR tracking # | Beneficiary address | Related reference | Sender reference |
|---|---|---|---|
| - | - | November | - |
| | | **Service reference**<br>017608 | **Transaction reference**<br>2024110700534111 |
| | | **Wire sequence number**<br>- | |

## Credit

| Account | Instructing bank | Sending bank | Exchange rate |
|---|---|---|---|
| REDACTED | - | - | - |
| **Amount**<br>61,826.91 | **Instructing bank ID**<br>- | **Sending bank ID**<br>CPOP | **Original amount**<br>- |



20241004B0A
J6BC
6116 43925



1901 Market St
Philadelphia PA 19103-1475

20241004B0A
J6BC
6116 43925



PO Box 780388
Philadelphia, PA 19178
Phone: (877) 347-3151

**Forwarding Service Requested**

**REGULAR**
**INVOICE SUMMARY**

```
******************ALL FOR AADC 190
PB-MSP-41-ENV 7554                22
MAZZONI CENTER
REDACTED
1348 BAINBRIDGE STREET
PHILADELPHIA PA 19147-1810
```

| | | | |
|---|---|---|---|
| BILL TO ACCOUNT NUMBER: | REDACTED | INVOICE NUMBER: | 895809648953 |
| BILL TO ACCOUNT NAME: | Mazzoni Center | INVOICE MONTH: | OCTOBER 2024 |
| CID NUMBER: | 0001151195 | PREPARED DATE: | 10/03/2024 |
| CID NAME: | Mazzoni Center | PAYMENT DUE DATE: | Due Immediately |

Prior Billing Information
    Last Bill Amount      $67,961.67
    Payments Received Through 10/03/2024      $0.00
    Adjustments      $0.00
Balance Forward      $67,961.67
Current Charges
    Current Premium Charges      $48,982.64
    Retroactive Premium Charges Through 10/03/2024      $0.00
    Retroactive Rate Changes      $0.00
    Additional Items      $0.00
    Spending Account Administrative Fees      $0.00
Total Current Charges      $48,982.64
Total Due      $116,944.31

Making premium payments through our Electronic Bill Presentment and Payments (EBPP) platform provides the most efficient way to ensure your account is up to date. Please visit our EBPP platform to set up automatic premium payments or one time premium payments.

---

DETACH AND RETURN THIS PORTION WITH PAYMENT



MAKE CHECK PAYABLE TO Independence Blue Cross

Remit payment to:
Independence Blue Cross
PO Box 780388
Philadelphia, PA 19178-0388

INVOICE NUMBER: 895809648953
BILL TO ACCOUNT NUMBER: REDACTED

Mazzoni Center
1348 BAINBRIDGE STREET
PHILADELPHIA, PA 19147

AMOUNT PAID $ [        ]

INVOICE MONTH: OCTOBER 2024
PAYMENT DUE DATE: Due Immediately
TOTAL AMOUNT DUE: $116,944.31

DO NOT WRITE BELOW THIS LINE

895809648953000400011511950001001169443160006b


Aetna
Attn: Billing Statement Dist
P.O.BOX 818023
Cleveland OH 44181-8023

Pg. 1 of 9

**MAZZONI CENTER**

MAZZONI CENTER
REDACTED
1348 BAINBRIDGE STREET
PHILADELPHIA PA 19147-0000

**Prepared Date:** 09/24/24
**Invoice Number:** J1842827
**Triad Number:** 1629
**Account Number:** REDACTED
**Bill Package:** 1007
**Coverage Period:** 10/01/24-10/31/24
**Payment Due Date:** 10/01/24

| SUMMARY OF ACCOUNT: | |
|---|---|
| Opening Balance | $13,683.87 |
| Paid Date 09/16/24 Payment ID: 000009045465<br>Total Payments Received Since Last Invoice | $4,191.45<br>$4,191.45 |
| Current Inforce Charges<br>Retroactivity Charges<br>Current Admin/Other Adjustment Charges<br>Current Program & Other charges | $4,914.38<br>$173.28<br>$0.00<br>$0.00 |
| Current Net Charges | $5,087.66 |
| **AMOUNT DUE:** | **$14,580.08** |

Total amount due includes the premium due to your health plan, as well as any service fee you are paying your broker as outlined in the executed billing and collection agreement. Please refer to your copy of the billing and collection agreement for details. If you have any questions, please contact your Account Manager.

**Important Notice to Insured Customers - - Please Read:** The total amount is due on the first day of the monthly coverage period. If the total amount is not received by the end of the grace period, the contract will be terminated. You will be liable for the total amount due for all periods of coverage (including the grace period) unless you provide at least 30 days of advance written notice of your intent to terminate. If you have more than one invoice, you must pay each invoice separately or supply support detailing the amount to apply to each invoice. If you fail to supply this support your payment will be applied proportionately to each invoice for that month. If the total amount due for all invoices is not received, you may be in arrears on all invoices, and subject to termination.

Aetna and Aetna Business plans administered by Aetna will appear as ALIC or AHM on your financial institution statement

Pay online http://www.aetna.com/employer-plans/index.html or call 877-404-7115. Pay by check please include your invoice number and/or account number on your check.
*Want to go paperless? Just call 855-752-0167 for eBusiness options or billing questions. Thank you for your Business.*

---

Detach & return with payment in the enclosed envelope.



**Please make checks payable to:**

AETNA
P.O. BOX 804735
CHICAGO, IL 60680 - 4158

**Prepared Date:** 09/24/24
**Invoice Number:** J1842827
**Triad Number:** 1629
**Account Number:** REDACTED
**Bill Package:** 1007
**Coverage Period:** 10/01/24-10/31/24

| Please Pay By | Amount Due |
|---|---|
| October 01,2024 | $14,580.08 |

☐ Check Box for Change of Address. See Reverse.

08  1629  000000082690278  1007  J1842827  00001458008  0

***Plan Key**

*Please reference this key while reviewing membership at benefit level.*

| Product | Specific Plan Type | *Type |
|---|---|---|
| *Dental* | Dental PPO | 0100 |

| *Trans Type | Trans Type Definition |
|---|---|
| N | New Employee |
| T | Terminated Employee |
| C | Changed Employee |
| R | Reinstated Employee |

| Family Code | Description |
|---|---|
| 1 | EE |
| 2 | EE + Spouse |
| 3 | EE + Child(ren) |
| 4 | EE + Family |

Please insert Change of Address information in the space provided

Name
_____
Addr 1
_____
Addr 2
_____
City, State, Zip

```
NATIONWIDE
ONE NATIONWIDE PLAZA
COLUMBUS OH   43215-2226




CONFIRMATION OF PLAN CONTRIBUTIONS
FOR:   MAZZONI CENTER 403(B) PLAN
PLAN ID:   14404
CONTRIBUTION TAX YEAR:   2024
INVESTMENT TRADE DATE:   10/30/24




                                        MAZZONI CENTER
                                        REDACTED
                                        1348 BAINBRIDGE STREET
                                        PHILADELPHIA PA   19147




                                              FOR QUESTIONS CALL:   WILL CYMBALA
                                                             AT:   959-710-6698
                                        PARTICIPANT PLAN ACCOUNT LINE:
```

```
REPORT NUMBER:   R06093                    CONFIRMATION OF PLAN CONTRIBUTIONS FOR PLAN SPONSOR                PAGE:             43
SOURCE PROGRAM:  B07459                                      PLAN TOTALS                                      SUPER SHEET DATE: 10/30/2024
JOB:             NIDTR785                     INVESTMENT TRADE DATE:  10/30/24                                CURRENT DATE:     10/31/2024
                                                                                                              TIME:             00:22:10

PLAN NAME: MAZZONI CENTER 403(B) PLAN
PLAN ID:   14404
```
---

```
              PLAN TOTAL:                                  $32,097.52

              BY MONEY TYPE:

                  EMPLOYEE PRE-TAX DEFERRAL                $11,033.09
                  EMPLOYER DISCRETIONARY                    $6,597.06
                  SAFE HARBOR MATCH                         $7,875.19
                  ROTH CONTRIBUTION                         $4,599.50

              BY FUND:

                  DFA US LGCAP VAL INST                       $937.37
                  GDMNSCS SMCAP VAL INST                       $31.85
                  GDMNSCS SMCPEQINSGHTS INST                  $226.15
                  LOOMIS BD   INST                            $127.43
                  MFS DIVRS INC R4                          $1,945.92
                  MSIF GLBL OPPR I                            $148.80
                  PIMCO INTL BDUSDLRHDGINST                    $98.94
                  TROWEPR RTRMT BAL                           $228.37
                  VICTORY NASDAQ-100 INDEX FUND R6 SHARE       $62.42
                  VNGRD 500 INDEX FD AS                        $93.64
                  VNGRD EXTND MKT INDX ADML                 $1,188.18
                  VNGRD REALEST INDX ADML                     $420.19
                  TROWEPR RTRMT 2065                          $478.15
                  NW GQG US QULTY EQ R6                       $504.36
                  VIC SYC ESTBLSHD VAL I                       $25.49
                  INVESCO DEVELOPING MARKETS FUND - CLAS       $57.34
                  TROWEPR RTRMT 2015                          $259.62
                  TROWEPR RTRMT 2025                        $1,330.58
                  TROWEPR RTRMT 2035                        $4,005.27
                  TROWEPR RTRMT 2040                        $1,484.70
                  TROWEPR RTRMT 2050                        $2,009.76
                  TROWEPR RTRMT 2055                        $5,441.98
                  TROWEPR RTRMT 2045                        $5,285.45
                  TROWEPR RTRMT 2060                        $2,402.57
                  TROWEPR CAP APP                             $228.36
                  PARNASSUS VALUE EQUITY FUND INVESTOR        $722.59
                  DE IVY MDCAP GR I                           $124.42
                  JNS TRITON T                                 $46.02
                  BEST OF AMERICA-FIXED                       $188.92
```

### Basic Life Policy

| Age Band | | # of insured Employees | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|---|---|
| **Total for Basic Life** | | 130 | 7,893,000.00 | 0.104 | $ 820.87 |

### Voluntary Life - Employee Non-Smoker

| Age Band | | # of insured Employees | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|---|---|
| 1 | 19 | - | - | 0.050 | - |
| 20 | 24 | 1 | 50,000 | 0.078 | 3.90 |
| 25 | 29 | 11 | 790,000 | 0.096 | 75.84 |
| 30 | 34 | 12 | 950,000 | 0.096 | 91.20 |
| 35 | 39 | 8 | 800,000 | 0.117 | 93.60 |
| 40 | 44 | 13 | 1,340,000 | 0.168 | 225.12 |
| 45 | 49 | 4 | 870,000 | 0.253 | 220.11 |
| 50 | 54 | 2 | 200,000 | 0.402 | 80.40 |
| 55 | 59 | 1 | 10,000 | 0.646 | 6.46 |
| 60 | 64 | 2 | 150,000 | 1.078 | 161.70 |
| 65 | 69 | - | - | 1.976 | - |
| 70 | 74 | 1 | 50,000 | 4.029 | 201.45 |
| 75 | 79 | - | - | 8.139 | - |
| 80 | 84 | - | - | 16.170 | - |
| 85 | 89 | - | - | 29.810 | - |
| 90 | 94 | - | - | 48.638 | - |
| 95 | 100 | - | - | 73.831 | - |
| **Totals for EE Vol** | | 55 | 5,210,000 | Step Rate | $ 1,159.78 |

### Voluntary Life - Spouse

| Age Band | | # of insured Employees | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|---|---|
| 1 | 19 | - | - | 0.050 | - |
| 20 | 24 | - | - | 0.078 | - |
| 25 | 29 | - | - | 0.096 | - |
| 30 | 34 | 1 | 20,000 | 0.096 | 1.92 |
| 35 | 39 | 1 | 20,000 | 0.117 | 2.34 |
| 40 | 44 | 2 | 40,000 | 0.168 | 6.72 |
| 45 | 49 | 2 | 285,000 | 0.253 | 72.11 |
| 50 | 54 | 1 | 20,000 | 0.402 | 8.04 |
| 55 | 59 | - | - | 0.646 | - |
| 60 | 64 | 1 | 20,000 | 1.078 | 21.56 |
| 65 | 69 | - | - | 1.976 | - |
| 70 | 74 | - | - | 4.029 | - |
| 75 | 79 | - | - | 8.139 | - |
| 80 | 84 | - | - | 16.170 | - |
| 85 | 89 | - | - | 29.810 | - |
| 90 | 94 | - | - | 48.638 | - |
| 95 | 100 | - | - | 73.831 | - |
| **Totals for SP Vol** | | 8 | 405,000 | Step Rate | $ 112.69 |

### Voluntary Life - Child

| # of insured Children | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|
| 13 | 130000.00 | 0.281 | 36.53 |

| SGM601395 000-000 | $ | 2,129.87 |
|---|---|---|

## Mazzoni Center
### SGM601395, SOK600790, SGD601278, SGD601279
### Billing Period: 11/1/2024

### Basic AD&D Policy

| Age Band | # of insured Employees | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|---|
| Total Basic AD&D | 130 | 7,893,000.00 | 0.020 | $ 157.86 |

| SOK600790 934-000 | $ 157.86 |
|---|---|

### STD Policy

| Age Band | | # of insured Employees | $ Total Inforce Coverage | Rate | Premium |
|---|---|---|---|---|---|
| 1 | 19 | - | $ - | 0.350 | - |
| 20 | 24 | 2 | $ 2,000.00 | 0.350 | 70.00 |
| 25 | 29 | 14 | $ 14,000.00 | 0.350 | 490.00 |
| 30 | 34 | 13 | $ 13,000.00 | 0.350 | 455.00 |
| 35 | 39 | 9 | $ 9,000.00 | 0.350 | 315.00 |
| 40 | 44 | 14 | $ 14,000.00 | 0.350 | 490.00 |
| 45 | 49 | 6 | $ 6,000.00 | 0.350 | 210.00 |
| 50 | 54 | 4 | $ 4,000.00 | 0.350 | 140.00 |
| 55 | 59 | 1 | $ 1,000.00 | 0.390 | 39.00 |
| 60 | 64 | 1 | $ 1,000.00 | 0.450 | 45.00 |
| 65 | 69 | - | $ - | 0.500 | - |
| 70 | 74 | 1 | $ 1,000.00 | 0.500 | 50.00 |
| 75 | 79 | - | $ - | 0.500 | - |
| 80 | 84 | - | $ - | 0.500 | - |
| 85 | 89 | - | $ - | 0.500 | - |
| 90 | 94 | - | $ - | 0.500 | - |
| 95 | 100 | - | $ - | 0.500 | - |
| Total STD | | 65 | 65,000 | Step Rate | $ 2,304.00 |

| SGD601278 000-000 | $ 2,304.00 |
|---|---|

### LTD Insurance

| | Count | Covered Payroll | Rate | Premium |
|---|---|---|---|---|
| Class 1 | 130 | $ 690,716.75 | 0.276 | 1,906.38 |
| Total | 130 | $ 690,716.75 | | 1,906.38 |

| SGD601279 000-000 | $ 1,906.38 |
|---|---|

| Total Premium | $ 6,498.11 |
|---|---|

**Premium Remittance Address**

Life Insurance Company of North America

PO Box 782447

Philadelphia, PA 19178-0110

|  |  |  | 280,976.73 | Total October pay |
|---|---|---|---|---|
|  | 1% | 2,809.77 | Total calc -October adjustment |
|  |  |  | **2,809.77** | **Total due - October** |

| NAME | STATUS | HIRE DATE | TERMINATION DATE | PAY DATE | GROSS PAY | TOTAL HOURS |
|---|---|---|---|---|---|---|
| REDACTED | A-Active | 01/17/2023 |  | 10/11/2024 | 1,437.63 | 72.34 |
| REDACTED | A-Active | 01/17/2023 |  | 10/25/2024 | 1,584.60 | 80.00 |
| REDACTED | A-Active | 03/11/2024 |  | 10/11/2024 | 1,692.30 | 80.00 |
| REDACTED | A-Active | 03/11/2024 |  | 10/25/2024 | 1,692.30 | 80.00 |
| REDACTED REDACTED | A-Active | 08/14/2023 |  | 10/11/2024 | 1,822.31 | 80.00 |
| REDACTED | A-Active | 08/14/2023 |  | 10/25/2024 | 1,822.31 | 80.00 |
| REDACTED | A-Active | 09/11/2023 |  | 10/11/2024 | 2,218.46 | 80.00 |
| REDACTED | A-Active | 09/11/2023 |  | 10/25/2024 | 2,218.46 | 80.00 |
| REDACTED | T-Terminated | 06/27/2022 | 10/23/2024 | 10/11/2024 | 1,600.45 | 80.00 |
| REDACTED | T-Terminated | 06/27/2022 | 10/23/2024 | 10/25/2024 | 1,600.44 | 80.00 |
| REDACTED | A-Active | 09/20/2021 |  | 10/11/2024 | 1,753.13 | 80.00 |
| REDACTED | A-Active | 09/20/2021 |  | 10/25/2024 | 1,753.13 | 80.00 |
| REDACTED | A-Active | 12/04/2023 |  | 10/11/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 12/04/2023 |  | 10/25/2024 | 1,615.38 | 80.00 |
| REDACTED | A-Active | 11/05/2021 |  | 10/11/2024 | 1,805.05 | 80.00 |
| REDACTED | A-Active | 11/05/2021 |  | 10/25/2024 | 1,805.04 | 80.00 |
| REDACTED | A-Active | 02/08/2021 |  | 10/11/2024 | 1,760.50 | 80.00 |
| REDACTED | A-Active | 02/08/2021 |  | 10/25/2024 | 1,760.50 | 80.00 |
| REDACTED | A-Active | 01/29/2024 |  | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 01/29/2024 |  | 10/25/2024 | 1,500.00 | 80.00 |
| REDACTED | A-Active | 08/26/2024 |  | 10/11/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 08/26/2024 |  | 10/25/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 07/01/2024 |  | 10/11/2024 | 1,634.62 | 80.00 |
| REDACTED | A-Active | 07/01/2024 |  | 10/25/2024 | 1,634.61 | 80.00 |
| REDACTED | A-Active | 03/16/2020 |  | 10/11/2024 | 1,628.89 | 81.22 |
| REDACTED | A-Active | 03/16/2020 |  | 10/25/2024 | 1,482.49 | 80.61 |
| REDACTED | A-Active | 07/15/2024 |  | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 07/15/2024 |  | 10/25/2024 | 1,461.53 | 80.00 |
| REDACTED | A-Active | 01/29/2024 |  | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 01/29/2024 |  | 10/25/2024 | 1,461.53 | 80.00 |
| REDACTED | A-Active | 04/11/2007 |  | 10/11/2024 | 2,110.16 | 80.00 |
| REDACTED | A-Active | 04/11/2007 |  | 10/25/2024 | 2,110.16 | 80.00 |
| REDACTED | A-Active | 11/16/2021 |  | 10/11/2024 | 369.05 | 20.00 |
| REDACTED | A-Active | 11/16/2021 |  | 10/25/2024 | 369.05 | 20.00 |
| REDACTED | A-Active | 09/05/2017 |  | 10/11/2024 | 1,583.01 | 86.50 |
| REDACTED | A-Active | 09/05/2017 |  | 10/25/2024 | 1,299.18 | 90.09 |
| REDACTED | A-Active | 03/05/2018 |  | 10/11/2024 | 1,713.12 | 80.00 |
| REDACTED | A-Active | 03/05/2018 |  | 10/25/2024 | 1,713.12 | 80.00 |
| REDACTED | A-Active | 06/20/2023 |  | 10/11/2024 | 1,624.23 | 80.00 |
| REDACTED | A-Active | 06/20/2023 |  | 10/25/2024 | 1,624.23 | 80.00 |
| REDACTED | A-Active | 02/13/2023 |  | 10/11/2024 | 1,742.76 | 80.00 |
| REDACTED | A-Active | 02/13/2023 |  | 10/25/2024 | 1,742.77 | 80.00 |
| REDACTED | A-Active | 08/14/2023 |  | 10/11/2024 | 1,584.61 | 80.00 |
| REDACTED | A-Active | 08/14/2023 |  | 10/25/2024 | 1,584.61 | 80.00 |
| REDACTED | A-Active | 03/21/2022 |  | 10/11/2024 | 1,826.26 | 80.00 |
| REDACTED | A-Active | 03/21/2022 |  | 10/25/2024 | 1,826.27 | 80.00 |
| REDACTED | A-Active | 12/04/2023 |  | 10/11/2024 | 1,461.53 | 80.00 |
| REDACTED | A-Active | 12/04/2023 |  | 10/25/2024 | 1,461.53 | 80.00 |

| REDACTED | A-Active | 08/30/2021 | | 10/11/2024 | 2,413.50 | 80.00 |
|---|---|---|---|---|---|---|
| REDACTED | A-Active | 08/30/2021 | | 10/25/2024 | 2,413.50 | 80.00 |
| REDACTED | A-Active | 04/02/2018 | | 10/11/2024 | 1,611.49 | 80.00 |
| REDACTED | A-Active | 04/02/2018 | | 10/25/2024 | 1,611.49 | 80.00 |
| REDACTED | A-Active | 07/24/2018 | | 10/11/2024 | 2,115.06 | 80.00 |
| REDACTED | A-Active | 07/24/2018 | | 10/25/2024 | 2,115.06 | 80.00 |
| REDACTED d, REDACTED | A-Active | 02/13/2023 | | 10/11/2024 | 1,584.61 | 80.00 |
| REDACTED | A-Active | 02/13/2023 | | 10/25/2024 | 1,287.49 | 80.00 |
| REDACTED | A-Active | 02/13/2023 | | 10/11/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 02/13/2023 | | 10/25/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 03/23/2020 | | 10/11/2024 | 1,737.97 | 80.00 |
| REDACTED | A-Active | 03/23/2020 | | 10/25/2024 | 1,737.97 | 80.00 |
| REDACTED | A-Active | 12/18/2023 | | 10/11/2024 | 1,692.30 | 80.00 |
| REDACTED | A-Active | 12/18/2023 | | 10/25/2024 | 1,692.31 | 80.00 |
| REDACTED | A-Active | 09/05/2022 | | 10/11/2024 | 1,600.44 | 80.00 |
| REDACTED | A-Active | 09/05/2022 | | 10/25/2024 | 1,600.44 | 80.00 |
| REDACTED | A-Active | 06/27/2022 | | 10/11/2024 | 1,600.45 | 80.00 |
| REDACTED | A-Active | 06/27/2022 | | 10/25/2024 | 1,600.44 | 80.00 |
| REDACTED | A-Active | 08/01/2016 | | 10/11/2024 | 2,065.96 | 80.00 |
| REDACTED | A-Active | 08/01/2016 | | 10/25/2024 | 2,065.97 | 80.00 |
| REDACTED | A-Active | 04/22/2024 | | 10/11/2024 | 1,538.46 | 80.00 |
| REDACTED | A-Active | 04/22/2024 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 09/09/2024 | | 10/11/2024 | 1,602.87 | 79.38 |
| REDACTED | A-Active | 09/09/2024 | | 10/25/2024 | 1,403.36 | 69.50 |
| REDACTED | A-Active | 09/04/2012 | | 10/11/2024 | 2,158.12 | 80.00 |
| REDACTED | A-Active | 09/04/2012 | | 10/25/2024 | 2,158.12 | 80.00 |
| REDACTED | A-Active | 01/21/2020 | | 10/11/2024 | 1,573.98 | 80.00 |
| REDACTED | A-Active | 01/21/2020 | | 10/25/2024 | 1,573.98 | 80.00 |
| REDACTED | A-Active | 04/11/2022 | | 10/11/2024 | 1,619.48 | 80.00 |
| REDACTED | A-Active | 04/11/2022 | | 10/25/2024 | 1,619.48 | 80.00 |
| REDACTED REDA | A-Active | 08/26/2024 | | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 08/26/2024 | | 10/25/2024 | 1,461.53 | 80.00 |
| REDACTED | A-Active | 12/27/2022 | | 10/11/2024 | 1,677.10 | 83.17 |
| REDACTED | A-Active | 12/27/2022 | | 10/25/2024 | 1,346.92 | 68.00 |
| REDACTED | A-Active | 07/04/2022 | | 10/11/2024 | 1,520.44 | 80.00 |
| REDACTED | A-Active | 07/04/2022 | | 10/25/2024 | 1,520.43 | 80.00 |
| REDACTED | A-Active | 02/27/2023 | | 10/11/2024 | 1,701.16 | 80.00 |
| REDACTED | A-Active | 02/27/2023 | | 10/25/2024 | 1,701.16 | 80.00 |
| REDACTED | T-Terminated | 06/03/2024 | 09/23/2024 | 10/11/2024 | 953.46 | 49.58 |
| REDACTED | A-Active | 11/14/2022 | | 10/11/2024 | 1,743.07 | 80.00 |
| REDACTED | A-Active | 11/14/2022 | | 10/25/2024 | 1,743.08 | 80.00 |
| REDACTED J | A-Active | 11/06/2023 | | 10/11/2024 | 1,538.47 | 80.00 |
| REDACTED RED | A-Active | 11/06/2023 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 03/11/2024 | | 10/11/2024 | 1,769.23 | 80.00 |
| REDACTED | A-Active | 03/11/2024 | | 10/25/2024 | 1,769.23 | 80.00 |
| REDACTED | A-Active | 09/09/2024 | | 10/11/2024 | 807.69 | 40.00 |
| REDACTED | A-Active | 09/09/2024 | | 10/25/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 01/29/2024 | | 10/11/2024 | 1,769.23 | 80.00 |
| REDACTED | A-Active | 01/29/2024 | | 10/25/2024 | 1,769.21 | 80.00 |
| REDACTED | A-Active | 05/20/2019 | | 10/11/2024 | 1,743.07 | 80.00 |
| REDACTED | A-Active | 05/20/2019 | | 10/25/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 05/16/2022 | | 10/11/2024 | 1,520.43 | 82.00 |
| REDACTED | A-Active | 05/16/2022 | | 10/25/2024 | 1,520.43 | 82.00 |
| REDACTED | A-Active | 02/08/2021 | | 10/11/2024 | 1,760.50 | 80.00 |
| REDACTED | A-Active | 02/08/2021 | | 10/25/2024 | 1,760.50 | 80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | A-Active | 05/12/1999 | | 10/11/2024 | 2,203.20 | 80.00 |
| REDACTED | A-Active | 05/12/1999 | | 10/25/2024 | 2,203.20 | 80.00 |
| REDACTED | A-Active | 08/26/2024 | | 10/11/2024 | 1,615.38 | 80.00 |
| REDACTED | A-Active | 08/26/2024 | | 10/25/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/11/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/25/2024 | 1,743.09 | 80.00 |
| REDACTED | A-Active | 06/05/2023 | | 10/11/2024 | 1,663.85 | 80.00 |
| REDACTED | A-Active | 06/05/2023 | | 10/25/2024 | 1,663.84 | 80.00 |
| REDACTED | A-Active | 09/09/2024 | | 10/11/2024 | 1,615.38 | 80.00 |
| REDACTED | A-Active | 09/09/2024 | | 10/25/2024 | 1,615.39 | 80.00 |
| REDACTED | A-Active | 03/16/2020 | | 10/11/2024 | 1,748.87 | 80.00 |
| REDACTED | A-Active | 03/16/2020 | | 10/25/2024 | 1,748.88 | 80.00 |
| REDACTED | A-Active | 10/16/2017 | | 10/11/2024 | 2,163.59 | 80.00 |
| REDACTED | A-Active | 10/16/2017 | | 10/25/2024 | 2,163.58 | 85.00 |
| REDACTED | A-Active | 07/17/2023 | | 10/11/2024 | 1,505.39 | 80.00 |
| REDACTED | A-Active | 07/17/2023 | | 10/25/2024 | 1,524.20 | 81.00 |
| REDACTED | A-Active | 04/10/2023 | | 10/11/2024 | 1,872.98 | 86.08 |
| REDACTED | A-Active | 04/10/2023 | | 10/25/2024 | 1,701.16 | 80.00 |
| REDACTED | A-Active | 08/28/2023 | | 10/11/2024 | 1,782.70 | 80.00 |
| REDACTED | A-Active | 08/28/2023 | | 10/25/2024 | 1,782.70 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/11/2024 | 1,663.84 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/25/2024 | 1,663.83 | 80.00 |
| REDACTED | A-Active | 12/04/2023 | | 10/11/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 12/04/2023 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/11/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 08/14/2023 | | 10/25/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 12/04/2023 | | 10/11/2024 | 1,538.46 | 80.00 |
| REDACTED | A-Active | 12/04/2023 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 02/14/2022 | | 10/11/2024 | 1,760.50 | 80.00 |
| REDACTED | A-Active | 02/14/2022 | | 10/25/2024 | 1,760.50 | 80.00 |
| REDACTED | A-Active | 03/21/2022 | | 10/11/2024 | 1,843.18 | 80.00 |
| REDACTED | A-Active | 03/21/2022 | | 10/25/2024 | 1,843.19 | 80.00 |
| REDACTED | A-Active | 03/07/2022 | | 10/11/2024 | 1,677.38 | 80.00 |
| REDACTED | A-Active | 03/07/2022 | | 10/25/2024 | 1,677.38 | 80.00 |
| REDACTED | A-Active | 01/03/2011 | | 10/11/2024 | 2,025.32 | 80.50 |
| REDACTED | A-Active | 01/03/2011 | | 10/25/2024 | 2,006.51 | 80.00 |
| REDACTED | A-Active | 11/15/2021 | | 10/11/2024 | 1,663.66 | 80.00 |
| REDACTED | A-Active | 11/15/2021 | | 10/25/2024 | 1,663.67 | 80.00 |
| REDACTED | A-Active | 11/09/2020 | | 10/11/2024 | 1,453.05 | 79.51 |
| REDACTED | A-Active | 11/09/2020 | | 10/25/2024 | 1,696.00 | 80.00 |
| REDACTED | A-Active | 07/01/2024 | | 10/11/2024 | 1,538.46 | 80.00 |
| REDACTED | A-Active | 07/01/2024 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 10/07/2013 | | 10/11/2024 | 1,733.95 | 80.00 |
| REDACTED | A-Active | 10/07/2013 | | 10/25/2024 | 1,733.96 | 80.00 |
| REDACTED | A-Active | 07/17/2023 | | 10/11/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 07/17/2023 | | 10/25/2024 | 1,743.08 | 80.00 |
| REDACTED | A-Active | 01/29/2024 | | 10/11/2024 | 1,634.60 | 80.00 |
| REDACTED | A-Active | 01/29/2024 | | 10/25/2024 | 1,634.61 | 80.00 |
| REDACTED | T-Terminated | 08/26/2024 | 10/15/2024 | 10/11/2024 | 1,442.31 | 75.00 |
| REDACTED | T-Terminated | 08/26/2024 | 10/15/2024 | 10/25/2024 | 1,797.70 | 93.48 |
| REDACTED | A-Active | 04/10/2023 | | 10/11/2024 | 1,337.02 | 67.50 |
| REDACTED | A-Active | 04/10/2023 | | 10/25/2024 | 1,584.62 | 80.00 |
| REDACTED | A-Active | 01/16/2024 | | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 01/16/2024 | | 10/25/2024 | 1,461.53 | 80.00 |
| REDACTED | T-Terminated | 02/27/2023 | 10/04/2024 | 10/11/2024 | 1,715.02 | 93.93 |

| REDACTED | A-Active | 11/30/2015 | | 10/11/2024 | 1,732.81 | 80.00 |
| --- | --- | --- | --- | --- | --- | --- |
| REDACTED | A-Active | 11/30/2015 | | 10/25/2024 | 1,732.81 | 80.00 |
| REDACTED | A-Active | 01/16/2024 | | 10/11/2024 | 1,461.54 | 80.00 |
| REDACTED | A-Active | 01/16/2024 | | 10/25/2024 | 1,461.53 | 80.00 |
| REDACTED | A-Active | 07/15/2024 | | 10/11/2024 | 1,538.46 | 80.00 |
| REDACTED | A-Active | 07/15/2024 | | 10/25/2024 | 1,538.47 | 80.00 |
| REDACTED | A-Active | 08/16/2021 | | 10/11/2024 | 2,330.27 | 80.00 |
| REDACTED | A-Active | 08/16/2021 | | 10/25/2024 | 2,330.27 | 80.00 |
| REDACTED | A-Active | 07/04/2022 | | 10/11/2024 | 1,520.44 | 80.00 |
| REDACTED | A-Active | 07/04/2022 | | 10/25/2024 | 1,520.44 | 80.00 |