# EXHIBIT N

**Balances as of 11/10/24**

| | | |
|---|---|---:|
| | BoA | $ 706,241.41 |
| | US | $ 75,770.23 |
| | Outstanding checks | $ 151,398.66 |
| | Tagged in AP | $ 171,428.30 |
| | **Current left** | **$ 459,184.68** |

| Date | Item | Income | Expense | |
|---|---|---:|---:|---:|
| 11/12/24 | MkKesson | | $ 7,328.00 | $451,856.68 |
| 11/15/24 | Walgreens | $ 696,184.86 | | $1,148,041.54 |
| 11/15/24 | Cencora | | $ 684,485.15 | $463,556.39 |
| 11/15/24 | Wells Fargo | | $ 250.00 | $463,306.39 |
| 11/15/24 | Flex benefits | | $ 186.30 | $463,120.09 |
| 11/15/24 | Mailchimp | | $ 289.00 | $462,831.09 |
| 11/15/24 | Abila | | $ 580.00 | $462,251.09 |
| 11/15/24 | Athena | | $ 26,000.00 | $436,251.09 |
| 11/15/24 | BoA CC Payment | | $ 8,306.17 | $427,944.92 |
| 11/15/24 | Chase Credit Card | | $ 20,000.00 | $407,944.92 |
| 11/15/24 | CFF 2nd payment | | $ 3,611.42 | $404,333.50 |
| 11/15/24 | CFF Loan | | $ 34,889.82 | $369,443.68 |
| 11/15/24 | clinect | | $ 595.00 | $368,848.68 |
| 11/15/24 | Colston | | $ 400.00 | $368,448.68 |
| 11/15/24 | deliver health | | $ 158.00 | $368,290.68 |
| 11/15/24 | vaxcare | | $ 14,000.00 | $354,290.68 |
| 11/15/24 | Water | | $ 500.00 | $353,790.68 |
| 11/15/24 | Water 2 | | $ 1,000.00 | $352,790.68 |
| 11/15/24 | ring central 2 of 2 | | $ 6,800.00 | $345,990.68 |
| 11/19/24 | COMCAST | | $ 1,335.49 | $344,655.19 |
| 11/19/24 | Peco | | $ 100.00 | $344,555.19 |
| 11/20/24 | Payroll | | $ 410,675.57 | -$66,120.38 |
| 11/20/24 | Rent Subsidies | | $ 126,497.37 | -$192,617.75 |
| 11/21/24 | A.Wells | | $ 22,500.00 | -$215,117.75 |
| 11/21/24 | PANTHEON SYSTEMS INC | | $ 55.00 | -$215,172.75 |
| 11/22/24 | SN Loan Payment | | $ 3,294.72 | -$218,467.47 |
| 11/22/24 | AFCO | | $ 10,094.66 | -$228,562.13 |
| 11/23/24 | THERACOM LLC | | $ 1,570.44 | -$230,132.57 |
| 11/23/24 | WAGEWORK-CAMFUND | | $ 1,500.00 | -$231,632.57 |
| 11/28/24 | Wash West Rent | | $ 5,215.00 | -$236,847.57 |
| 11/28/24 | Bainbridge Mortgage | | $ 63,068.65 | -$299,916.22 |
| 12/1/24 | SEIU - Union Insurance | | $ 61,826.91 | -$361,743.13 |
| 12/1/24 | NY Life Insurance | | $ 6,498.11 | -$368,241.24 |
| 12/1/24 | IBC Insurance | | $ 67,961.67 | -$436,202.91 |
| 12/1/24 | Dental | | $ 14,580.08 | -$450,782.99 |