### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAZZONI CENTER**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LCF GROUP, INC.**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-5921-KSM** |

### ORDER

**AND NOW**, this 18th day of November, 2024, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 2), Defendants' opposition briefs (Doc. Nos. 14, 15), Plaintiffs' reply brief (Doc. No. 16), Defendants AFK, Inc. and Aleksander Shvarts' surreply brief (Doc. No. 17), and the testimony and arguments presented at a hearing on November 12, 2024, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.