IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAZZONI CENTER** and **1334-48 BAINBRIDGE STREET LLC**  Plaintiffs,  v.  **LCF GROUP, INC., AKF, INC. d/b/a FUNDKITE, ALEKSANDER SHVARTS, ROBERT KLEIBER, ANDREW PARKER, AND JOHN AND JANE DOES**,  Defendants. | :  :  :  :  :  :  :  :  :  :  :  :  :  :  :  :  CASE NO. 24-5921-KSM |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Mazzoni Center and 1334-48 Bainbridge Street, LLC hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action without prejudice.  See Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

Dated:  November 27, 2024

/s/  *Geoffrey D. Bruen*
Geoffrey D. Bruen, Esq. (Pa. I.D. No. 205956)
1348 Bainbridge Street
Philadelphia, PA 19147
(267) 419-9849 (tel)/(215) 563-0664 (fax)
Email: gbruen@mazzonicenter.org
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of November 2024, I caused the foregoing Notice of Voluntary Dismissal to be filed via ECF and that the below individuals are filing users under the ECF system and have entered their appearance on behalf of Defendants as noted. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

    Daniel Pereira, Esq.
    Jeffrey Grossman, Esq.
    Stradley Ronon
    2005 Market Street, Suite 2600
    Philadelphia, PA 19103
    dpereira@stradley.com
    jgrossman@stradley.com
    Counsel for Defendants LCF Group, Inc.,
    Robert Kleiber, and Andrew Parker

    Gabriel Mendelberg, Esq.
    Susan Verbonitz, Esq.
    Weir Law, LLP
    1339 Chestnut Street, Suite 500
    Philadelphia, PA 19107
    sverbonitz@weirlawllp.com
    gabe@mendelberglaw.com
    Counsel for Defendants AKF, Inc. d/b/a
    Fundkite and Aleksander Shvarts

    /s/  *Geoffrey D. Bruen*
    Geoffrey D. Bruen, Esq. (Pa. I.D. No. 205956)
    1348 Bainbridge Street
    Philadelphia, PA 19147
    (267) 419-9849 (tel)/(215) 563-0664 (fax)
    Email: gbruen@mazzonicenter.org
    Attorney for Plaintiffs